```
1  ERIC B. FREEDUS (SBN 61175)
   5008 Nighthawk Way
2  Oceanside, CA 92056-5443
   760-726-9919
3  760-726-5008 fax

4  Attorney for Plaintiffs
```

FILED
08 JUN -3 PM 4: 34
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLIE CARLSON, KEVIN CARLSON AND CANDACE CARLSON,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO UNIFIED SCHOOL DISTRICT and DOES 1 - 10,<br><br>Defendants. | CASE NO.: '08 CV 0987 LAB AJB<br><br>COMPLAINT/APPEAL FROM ADMINISTRATIVE DECISION UNDER THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT AND CLAIM FOR COSTS AND ATTORNEYS' FEES<br>[20 U.S.C. § 1415 and 28 U.S.C. § 1331] |

Plaintiffs KYLIE CARLSON, KEVIN CARLSON AND CANDACE CARLSON collectively referred to as "Plaintiffs") allege:

PRELIMINARY STATEMENT

1.  This action is an appeal of the Decision of a Hearing Officer in an administrative hearing held pursuant to the Individuals with Disabilities Education Act (hereinafter "IDEA"), and is also a request for an award of costs including attorney's fees to which plaintiffs will be entitled as the prevailing parties.

JURISDICTION AND VENUE

2.  Jurisdiction is conferred upon this Court by the IDEA, (20 U.S.C. §1400 et. seq.).

///
///

---

COMPLAINT/APPEAL FROM ADMINISTRATIVE DECISION

*Complaint -.doc*

3. Venue is proper pursuant to 28 U.S.C. sections 1391 and 1392 in that this is a civil action wherein jurisdiction is not founded on diversity of citizenship and Plaintiffs' claims arise in this judicial district.

## PARTIES

4. Kylie Carlson is a minor, born on June 8, 1998. Kylie Carlson resides with her parents, plaintiffs Candace Carlson and Kevin Carlson. They are responsible for her care, custody and control. Plaintiffs, at all times relating to this matter, have resided in the City of San Diego, California.

5. Kylie Carlson is a child with a disability who is eligible for services under the Individual with Disabilities Education Act.

6. Plaintiffs are informed and believe and thereon allege that Defendant, San Diego Unified School District (hereinafter "DISTRICT") is duly organized and existing under the laws of the State of California, has its central office in San Diego, California, is engaged in the owning and operation of public schools in the City of San Diego, State of California, receives both state and federal financial assistance for its public education programs and is an entity subject to suit.

7. In accordance with the IDEA, DISTRICT has the obligation to assure the provision of a free appropriate public education in the least restrictive environment to special education students residing in the City of San Diego. DISTRICT also has the obligation to assure the provision of all due process procedures guaranteed by IDEA. DISTRICT is governed by the laws of the State of California, the laws of the United States, and the Constitution of the United States in carrying out these duties and responsibilities.

8. DOES 1 - 10 are additional individual or entities in some way responsible for providing plaintiff Kylie Carlson with a free appropriate public education (FAPE) under the Individuals with Disabilities Education Act.

## FIRST CAUSE OF ACTION

9. DISTRICT denied Kylie FAPE by failing to develop an Individualized Education Program (hereinafter "IEP") under the IDEA. As a result, the parents gave notice and placed Kylie at a non-public school. On or about November 29, 2007, her parents requested a special

1 | education due process hearing against DISTRICT pursuant to 20 U.S.C. section 1415. They
2 | sought reimbursement for their child's special education expenses alleging that denial of FAPE.

3 |     10.    An administrative matter was opened by the Office of Administrative Hearings
4 | entitled "<u>Kylie Carlson, Petitioner v. San Diego Unified School District,</u> NO. N2007110823."
5 | After hearing on March 24 - 28, and April 2, 2008, on April 21, 2008 the Administrative Hearing
6 | Officer denied the Kylie's claims for relief.

7 |     11.    Plaintiffs have exhausted their administrative remedies pursuant to 20 U.S.C.
8 | §1415(i)(2).

9 |     12.    The Special Education Due Process Hearing Officer's Decision was incorrectly
10 | decided on substantive grounds. As such, Plaintiffs are aggrieved parties as that term is used in
11 | the Individuals with Disabilities Education Act and are entitled to this appeal.

12 |     13.    As the aggrieved party under the California Special Education Due Process Hearing
13 | Decision, Plaintiffs appeal the administrative decision as to the issues presented as well as other
14 | matters and issues raised and determined against Plaintiff.

15 |     14.    Plaintiffs are entitled to be reimbursed for the privately obtained placement and
16 | services they obtained for their daughter in an amount in excess of $27,000.

17 |     15.    Plaintiffs incurred attorneys' fees and costs in the underlying administrative
18 | proceeding. Plaintiffs will seek leave of court to amend according to proof at a later date.

19 |     16.    The hourly rates claimed by counsel for plaintiffs for the underlying administrative
20 | proceeding is reasonable and consistent with prevailing rates charged by other counsel in the area
21 | for the same and similar fields of law and the experience and expertise of counsel. The type of
22 | work and number of hours of work performed was reasonable under the circumstances of the case.

**PRAYER FOR RELIEF**

Wherefore, plaintiffs pray for relief as follows:

1. The plaintiffs pray that this Court, upon a review of the administrative record and any such additional evidence required for a final determination, find that Plaintiff Kylie Carlson was denied her rights under the IDEA and applicable state law.

1   2.   The plaintiffs pray that this Court award parents sums sufficient to reimburse them
2  for the private placement and services they obtained according to proof.

3   3.   The plaintiffs pray that they be awarded their court costs, witness fees,
4  expenditures and reasonable attorney's fees, pursuant to 20 U. S. C. section 1415 for that hearing
5  according to proof.

6   4.   The plaintiffs pray that they be awarded their court costs, witness fees,
7  expenditures and reasonable attorney's fees, pursuant to 20 U. S. C. section 1415 for this
8  proceeding according to proof.

9   5.   For such other relief as is just and proper.

10  Dated: May 30, 2008

/s/
ERIC B. FREEDUS
Attorney for Plaintiffs

*Complaint -.doc*

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
KYLIE CARLSON, KEVIN CARLSON AND CANDACE CARLSON

**DEFENDANTS**
SAN DIEGO UNIFIED SCHOOL DISTRICT and DOES 1-10

08 CV 0987 LAB AJB

08 JUN -3 PM 4:34

(b) County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

BY: DEPUTY

(C) Attorney's (Firm Name, Address, and Telephone Number)
ERIC B. FREEDUS (SBN 61175)
5008 Nighthawk Way
Oceanside, CA 92056-5443
760-726-9919  760-726-5008 fax

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
COMPLAINT/APPEAL FROM ADMINISTRATIVE DECISION UNDER THE INDIVIDUALS WITH DISABILITIES EDUCATION ACT AND CLAIM FOR COSTS AND ATTORNEYS' FEES 20 USC 1400

**V. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 29 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury - Product Liability | | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 995 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☒ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS --Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  DEMAND $ FEES & COSTS  CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE May 30, 2008  SIGNATURE OF ATTORNEY OF RECORD  Eric B. Freedus /s/ Eric B. Freedus

**FOR OFFICE USE ONLY**
RECEIPT # 151536  AMOUNT $350  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____
TAC 6/3/08

```
         UNITED STATES
         DISTRICT COURT
      SOUTHERN DISTRICT OF CALIFORNIA
            SAN DIEGO DIVISION

         # 151536     - TC
         * * C O P Y * *
          June 03, 2008
             16:37:22


          Civ Fil Non-Pris
    USAO #.: 08CV0987
    Judge..: LARRY A BURNS
    Amount.:              $350.00 CK
    Check#.: BC005158



         Total-> $350.00


    FROM: KYLIE CARLSON, KEVIN CARLSON
          AND CANDACE VS.
          SAN DIEGO USD AND DOES 1-10
```