Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

KYLIE CARLSON, KEVIN CARLSON
AND CANDACE CARLSON

Plaintiffs

vs

SAN DIEGO UNIFIED SCHOOL DISTRICT
and Does 1-10

Defendants

FILED
08 JUN -3 PM 4:36
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: Ecl  DEPUTY

SUMMONS IN A CIVIL ACTION
Case No. '08 CV 0987 LAB AJB

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

ERIC B. FREEDUS
5008 Nighthawk Way
Oceanside, CA 92056-5443

   An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____W. Samuel Hamrick, Jr._____        _____6/3/08_____
            CLERK                                DATE

By  , Deputy Clerk

Summons in a Civil Action

CR