cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| KYLIE CARLSON, KEVIN CARLSON, CANDACE CARLSON, | ) ) ) | Civil No. 08cv0987 LAB (AJB) |
|---|---|---|
| Plaintiffs, | ) ) | ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE |
| v. | ) ) | |
| SAN DIEGO UNIFIED SCHOOL DISTRICT, | ) ) ) | |
| Defendants. | ) ) | |

On July 25, 2008, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing were Eric Freedus, Esq., Kevin and Candace Carlson on behalf of plaintiffs; Sarah Sutherland, Esq. and Patrick D. Frost, Esq. on behalf of defendant.

The case did not settle. It is essentially the administrative review of an administrative law judge's decision, plus an issue over attorney's fees. Little discovery on the case, except for the attorney's fees component, will be required.

Counsel will confer under Rule 26(f) and formulate a plan of how to stage this case. It will ultimately be decided on motions. Counsel need to confer prior to August 20, 2008 in this regard.

The Court will hold a telephonic Case Management Conference on *August 20, 2008 at 9:30 a.m.* to set a case management plan in place. Plaintiff's counsel will initiate the call.

IT IS SO ORDERED.

DATED: July 31, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court