cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLIE CARLSON, KEVIN CARLSON, CANDACE CARLSON,<br><br>            Plaintiffs,<br>v.<br><br>SAN DIEGO UNIFIED SCHOOL DISTRICT,<br><br>            Defendants. | Civil No. 08cv0987 LAB (AJB)<br><br>ORDER FOLLOWING CASE MANAGEMENT CONFERENCE |

On August 20, 2008, the Court convened a Case Management Conference in the above entitled action. Appearing were Erik Freedus, Esq. and Sarah Sutherland, Esq. on behalf of defendant.

Counsel have met and conferred as required and have developed a plan to address the issues in this case. This is the review of an administrative decision, and can be resolved by a trial on motion briefs. It is not a typical summary judgment motion as a result. Counsel have developed a briefing schedule which would lead to a presentation of the case to Judge Burns at a date to be set by his staff. The agreed briefing schedule is as follows:

1. Plaintiff will file its motion for de novo review by November 7, 2008;

2. Defendant will file its response to the motion by December 5, 2008; and

3. Plaintiff will file its reply by December 19, 2008.

Counsel will contact Judge Burns chambers prior to the filing of the brief to receive a hearing date for the motion.

1 | The motion will address the de novo review, and should plaintiff prevail, a second proceeding for attorney's fees will be necessary. The parties will proceed at this time to do discovery with regard to the applicable rate for plaintiff's counsel, but will hold discovery with regard to reasonableness and necessity following the ruling concerning de novo review.

A telephonic Case Management Conference is set for ***March 30, 2009 at 9:00 a.m.*** to review the status of the case and set further dates and deadlines as appropriate. Counsel for plaintiff shall initiate the conference call. Counsel may contact Judge Battaglia's chambers prior to the March 30, 2009 conference to set an earlier date if they desire with regard to scheduling in general, discovery or other items associated with preparing the matter for disposition.

IT IS SO ORDERED.

DATED: August 25, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court